## Commonwealth, ex rel., *v.* Durkin, Appellant.

*Elections—Borough councilmen—Unexpired terms — Ballots— Act of May 22, 1895, P. L. 109—Quo warranto.*

Where a suggestion for a writ of quo warranto to oust borough councilmen from office alleged that at a borough election by virtue of which defendants claimed title to office there were six councilmen to be elected, two to fill unexpired terms, and four for full terms, but that the electors did not designate on their ballots that they voted for two of the candidates for unexpired terms, as required by the Act of May 22, 1895, P. L. 109, Section 4, so that it was impossible to tell from the ballots cast who of the six candidates receiving the majority votes had been elected for the unexpired terms, the court made no error on demurrer to the suggestion in entering judgment of ouster in favor of the Commonwealth.


Argued April 14, 1914. Appeal, No. 74, Jan. T., 1914, by defendants, from judgment of C. P. Luzerne Co., Jan. T., 1914, No. 519, of ouster in quo warranto proceedings in case of Commonwealth of Pennsylvania, Ex. Relatione, John Riley, Burgess of the Borough of Sugar Notch, v. Thomas Durkin, Isaac Gallagher, Thomas Lenahan and Andrew Matthews. Before BROWN, MESTREZAT, POTTER, STEWART and MOSCHZISKER, JJ. Affirmed.

Quo warranto to oust defendants from office of borough councilman.   Before WOODWARD, J.

At the municipal election of 1913, in the Borough of Sugar Notch, there were six councilmen to be elected; two for a term of two years, to fill unexpired terms, and four for the term of four years.

Other facts appear in the opinion of the Supreme Court.

The defendants demurred to the suggestion for the writ of quo warranto; the court overruled the demurrer and entered judgment for the Commonwealth.   Defendants appealed.

*Error assigned* was the judgment of the court.

*Thomas F. Farrell,* with him *John McGahren* and *H. F. Freeman,* for appellants.

*Evan C. Jones,* with him *John T. Lenahan, R. B. Sheridan,* and *M. F. McDonald,* for appellee.

PER CURIAM, May 22, 1914:

At the election held in the Borough of Sugar Notch on November 4, 1913, two of the councilmen to be elected were to fill unexpired terms caused by death.   By section 4 of the Act of May 22, 1895, P. L. 109, it was necessary for the qualified electors to designate on their ballots that they voted for two persons named thereon to fill unexpired terms.   This was not done, and it was impossible to tell from the ballots cast who of the six receiving the majority of the votes cast had been elected for the unexpired terms.   These were to be filled in accordance with the provisions of the Act of 1895.   The Act of June 19, 1911, P. L. 1047, makes none for them.   This was the correct view of the learned court below, and the judgment of ouster is affirmed.